# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 8:17CR288 |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **DESHAWN TRENT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This case is before the court on the defendant's Motion for a Detention Hearing [44]. The motion is denied.

After reviewing the defendant's motion, I find no new evidence that would cause the court to change its initial Order of Detention [27]. This is especially true given the defendant's history of drug abuse, his numerous failures to appear and his significant prior criminal record.

**IT IS ORDERED:**

1. The defendant's Motion for a Detention Hearing [44] is denied without hearing.

Dated this 5th day of June, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge